IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ANTHONY McKINNEY, Inmate #15465-057,** ) ) | |
| Plaintiff, ) ) | |
| ) | **CIVIL NO. 07-486-DRH** |
| vs. ) ) | |
| **ALBERTO GONZALES,** *et al.*, ) ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

**HERNDON, Chief District Judge:**

This action is before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 6). Also before the Court is Plaintiff's motion for appointment of counsel (Doc. 2). The Court finds that Plaintiff, an inmate currently incarcerated in the United States Penitentiary in Florence, Colorado, is indigent and unable to pay the full filing fee in advance; therefore, leave to proceed *in forma pauperis* is **GRANTED**. Pursuant to 28 U.S.C. § 1915(b), **IT IS HEREBY ORDERED** that Plaintiff shall pay the **$350.00 filing fee** applicable to this civil action as follows:

1. Plaintiff shall pay an initial partial filing fee of **$ 6.34**. *See* 28 U.S.C. §1915(b)(1). The agency having custody of Plaintiff is **DIRECTED** to transmit this amount from Plaintiff's prison trust fund account to the Clerk of Court upon receipt of this Memorandum and Order.

2. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to Plaintiff's prison trust fund account until the filing fee is paid in full.

3. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of this Court each time the amount in the account exceeds

$10 until the filing fee is paid.  Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202.

To enable the Bureau of Prisons to remit these payments to the Clerk of Court as required by 28 U.S.C. § 1915, **IT IS FURTHER ORDERED** that Plaintiff shall complete, sign and return one "Consent Form -- *In Forma Pauperis* Proceedings" to the Clerk of this Court in the envelope provided, within **FIFTEEN (15) DAYS** of the date of entry of this order.  The Clerk is **DIRECTED** to provide two copies of the appropriate form to Plaintiff with his copy of this Order, along with a pre-addressed return envelope.  Failure to provide the Bureau of Prisons with this authorization shall be grounds for dismissal of this case.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).  However, Plaintiff will still be liable for the full filing fee for this action.

**IT IS FURTHER ORDERED** that if judgment is rendered against Plaintiff, and the judgment includes the payment of costs under § 1915, Plaintiff will be required to pay the full amount of the costs, notwithstanding that his application to proceed *in forma pauperis* has been granted.

The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff.  Upon receipt of Plaintiff's signed consent form, the Clerk shall mail a copy of this Memorandum and Order to the Warden at the United States Penitentiary in Florence, Colorado, with an executed copy of the consent form.

**IT IS FURTHER ORDERED** that the motion for appointment of counsel is denied, without prejudice, as premature because the complaint is still pending threshold review pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.

**IT IS SO ORDERED.**

This 16th day of November, 2007.

                                                /s/   **David RHerndon**
                                                **Chief Judge**
                                                **United States District Court**