# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ANTHONY McKINNEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-486-DRH |
| ALBERTO GONZALES, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

This action is before the Court *sua sponte*.

On November 16, 2007, this Court granted Plaintiff's motion to proceed *in forma pauperis*. Plaintiff, however, was also ordered to "complete, sign and return one 'Consent Form – *In Forma Pauperis Proceedings*' to the Clerk of Court" within fifteen days. The Consent Form authorizes the Bureau of Prisons to deduct the filing fee from Plaintiff's prison trust fund account as provided in 28 U.S.C. § 1915(b). Plaintiff was warned that if he failed to submit the Consent Form within the time specified, his complaint would be dismissed with prejudice. More than fifteen days have passed and the Court has not yet received the Consent Form. Before dismissing Plaintiff's complaint for failing to comply with this Court's order, Plaintiff should be afforded one last opportunity to comply with it.

**IT IS HEREBY ORDERED** that Plaintiff shall complete, sign and return one "Consent Form – *In Forma Pauperis* Proceedings" to the Clerk of Court in the envelope provided, within **FIFTEEN (15) DAYS** of the date of entry of this order. The Clerk is **DIRECTED** to provide two copies of the appropriate form to Plaintiff with his copy of this Order, along with a pre-addressed

return envelope. Failure to provide the Bureau of Prisons with this authorization shall be grounds for dismissal of this case. Fed. R. Civ. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff, however, will still be liable for the full filing fee for this action.

**IT IS SO ORDERED.**

**DATED:** January 18, 2008.

/s/ DavidRHerndon
**DISTRICT JUDGE**